*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  April 23, 2015                106569
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

LARRY STATES,
                        Appellant.
_____


Calendar Date:   February 24, 2015

Before:   Peters, P.J., Egan Jr., Lynch and Clark, JJ.

_____


        James P. Ferratella, Horseheads, for appellant.

        Joseph G. Fazzary, District Attorney, Watkins Glen (John C. Tunney of counsel), for respondent.

_____


        Appeal from a judgment of the County Court of Schuyler County (Morris, J.), rendered January 30, 2014, convicting defendant upon his plea of guilty of the crime of grand larceny in the third degree.

        Judgment affirmed.  No opinion.

        Peters, P.J., Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed.



ENTER:

Robert D. Mayberger
Clerk of the Court